1012

[No. 74955-2-I.   Division One.   March 13, 2017.]
*In the Matter of the Detention of* M.L.

Appeal from a judgment of the Superior Court for King County, No. 16-6-00544-1, John R. Ruhl, J., entered February 22, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Spearman, JJ.

[No. 75166-2-I.   Division One.   March 13, 2017.]
*In the Matter of the Marriage of* Paul G. Silvi, *Respondent,* and Carol L. Silvi, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 14-3-03942-9, Mary E. Roberts, J., entered April 4, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 75373-8-I.   Division One.   March 13, 2017.]
Workhouse Media, Inc., *Respondent,* v. Fernando Ventresca et al., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 15-2-20901-9, Timothy A. Bradshaw, J., entered March 18, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 48132-4-II.   Division Two.   March 14, 2017.]
*In the Matter of the Marriage of* Araceli Felix, *Appellant,* and Luis Melendez, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 12-3-00316-6, Richard C. Adamson, J. Pro Tem., entered October 2, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.